UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 11-2165 PAM-JJK

| | | |
|---|---|---|
| CHARLES RUGINA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ALEJANDRO MAYORKAS, | ) | |
| Director U.S. Citizenship and | ) | |
| Immigration Services, JANET | ) | |
| NAPOLITANO, Secretary | ) | |
| Department of Homeland Security, | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on the Joint Stipulation To Hold This Matter In Abeyance [Docket No. 4]. Good cause having been shown, it is: HEREBY ORDERED:

That the Joint Stipulation [Docket No. 4] is GRANTED, and that all litigation dates shall be extended by 30 days from the October 4, 2011 answer deadline.

The Court further orders that the Defendants file a Status Report with the Court on November 3, 2011, regarding the Agency's progress in processing this matter within that time.

BY THE COURT:

Dated: September 29, 2011

s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Court